No. 502, Misc. CANTRELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 518, Misc. EMERICH *v.* AL SIRAT·GROTTO, MYSTIC ORDER OF THE ENCHANTED REALM, ET AL. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se*. *Fred O. Burkhalter* for respondents.

No. 511, Misc. MOBLEY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 529, Misc. YOUNCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 545, Misc. PHILLIPS *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 5th Cir. Certiorari denied. *Jerome A. Cooper* for petitioner. *Solicitor General Cox* for respondent.

No. 594, Misc. SAMARION ET AL. *v.* McGINNIS, CORRECTION COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied. *Jacob D. Hyman* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *William D. Bresinhan,* Assistant Attorney General, and *Julius L. Sackman* for respondents.

No. 602, Misc. WITHERSPOON *v.* OGILVIE, SHERIFF, ET AL. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* and *Melvin B. Lewis* for petitioner. *Daniel P. Ward* and *Elmer C. Kissane* for respondents.